UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD MATTHEW BASTA,<br><br>Defendant. | No. 1:19-CR-120-H |

## ORDER

Before the Court is defense counsel's unopposed Motion to Withdraw as Counsel. Dkt. No. 56. The Court finds that the motion should be granted and appoints Robert R. Bell as Basta's counsel on appeal.

So ordered on October 13, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE